UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL PITZENBERGER,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>            Defendant. | CASE NO. C11-05103 JRC<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

      Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **GRANTED**. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

      The clerk is directed to issue summonses submitted by plaintiff to enable plaintiff to properly serve copies of the complaint on the appropriate parties. Plaintiff shall note that it is his responsibility to properly serve copies of the complaint along with an appropriate summons as required by Rule 4 of the Federal Rules of Civil Procedure.

      DATED this 7th day of February, 2011.

                                        /s/ J. Richard Creatura
                                      J. Richard Creatura
                                      United States Magistrate Judge

ORDER - 1