UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| MICHAEL PITZENBERGER, | Civil No. 3:11-CV-05103-BHS-JRC |
|---|---|
| Plaintiff, | ORDER AMENDING THE SCHEDULING ORDER |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based on the motion by Defendant (ECF No. 18) and without objection from Plaintiff, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before July 6, 2011;
- Plaintiff shall file the optional Reply Brief on or before July 20, 2011; and
- Oral argument, if desired, shall be requested by July 27, 2011.

DATED this 13th day of June 2011.

J. Richard Creatura
United States Magistrate Judge

Page 1    ORDER - [3:11-CV-05103-BHS-JRC]