# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MICHAEL PITZENBERGER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>    Defendant. | Civil No. 3:11-cv-05103-BHS-JRC<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrate Judge Rule MJR 4(a)(4), and as authorized by Mathews, Secretary of H.E.W. v. Weber, 423 U.S. 261 (1976). This matter is before the Court on defendant's stipulated motion to remand the matter to the Commissioner for further consideration (ECF No. 21).

After reviewing the stipulated motion and the remaining record, the undersigned recommends that the Court grant defendant's motion, and reverse and remand this matter to the Commissioner pursuant to sentence four of 42 U.S.C. §405(g)..

On remand, an administrative law judge (hereinafter "the ALJ") should hold a *de novo* hearing and plaintiff should be allowed to raise any issue and submit additional evidence and

Page 1    REPORT AND RECOMMENDATION
              [3:11-cv-05103-BHS-JRC]

arguments to the ALJ. This Court recommends that the ALJ take any other actions necessary to develop the record.

On remand, the ALJ should: (1) reevaluate the medical source evidence of record, including the medical opinions of Daniel M. Neims, Psy.D.; Richard Price, M.D.; Anjan Sattar, M.D.; Terilee Wingate, Ph.D.; and agency consultative physicians, state the weight given, and articulate reasons if rejecting any medical opinion; (2) reevaluate the severity of plaintiff's impairments and reassess whether or not he meets or medically equals a listing; (3) reevaluate plaintiff's credibility and reassess his residual functional capacity; and, (4) continue with the sequential evaluation process, obtaining supplemental vocational expert testimony if warranted by the expanded record.

Following proper presentation, this Court should consider plaintiff's application for costs and attorney fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

Based on the relevant record and the parties' stipulation, the undersigned recommends that the Court immediately grant defendant's motion and **REVERSE** the Commissioner's decision pursuant to sentence four of 42 U.S.C. §405(g), with a **REMAND** of the cause to the Commissioner for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

This Court recommends that JUDGMENT should be entered for plaintiff, and that this case be closed.

DATED this 11th day of July, 2011.

_____
J. Richard Creatura
United States Magistrate Judge