UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL PITZENBERGER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　　Defendant. | CASE NO. C11-5103 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed defendant's Stipulated Motion for Remand (ECF No. 21), the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation and grants defendant's Stipulated Motion for Remand;

(2) The matter is REVERSED and REMANDED to the Administration for further consideration pursuant to sentence four of 42 U.S.C. §405(g); and

(3) The Clerk is directed to send copies of this Order to counsel of record.

DATED this 12th day of July, 2011.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER