UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL PITZENBERGER,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. C11-05103-BHS-JRC<br><br>AGREED ORDER RE EAJA<br>FEES AND EXPENSES |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition and attorney declaration (see ECF Nos. 25, 26, it is hereby ORDERED that EAJA attorney's fees of $3,031.42 and expenses in the amount of $17.13, shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at \*\*\*6-\*\*\*7 (2010).  If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Stephen A. Maddox, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

AGREED ORDER RE EAJA FEES   - Page 1
[C11-05103-BHS-JRC]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

Any check for EAJA fees shall be mailed to Plaintiff's counsel, Stephen A. Maddox, at 410-A South Capitol Way, Olympia, WA 98501.

DATED: July 26, 2011.

_____
BENJAMIN H. SETTLE
US District Court Judge

Presented by:

/s/ Stephen A. Maddox
STEPHEN A. MADDOX, WSBA #10682
Attorney for Plaintiff

Approved for entry,
Notice of presentation waived:

/s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant U.S. Attorney
Attorney for Defendant
*(signed per email authorization)*

AGREED ORDER RE EAJA FEES  - Page 2
[C11-05103-BHS-JRC]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

<u>CERTIFICATE OF ELECTRONIC FILING:</u>

This is to certify that I electronically filed the foregoing Agreed Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lisa Goldoftas
Special Asst. U.S. Attorney
Office of General Counsel
701 5th Avenue, Suite 2900, MS/901
Seattle, WA 98104-7075
Lisa.goldoftas@ssa.gov

Kerry J. Keefe
Asst. U.S. Attorney
Department of Justice
U.S. Attorney's Office
700 Stewart Street, Ste 5220
Seattle, WA 98101-1271
Kerry.keefe@usdoj.gov

I hereby certify that I have mailed by United States Postal Service foregoing Agreed Order Re EAJA Fees and its attachments to the following non-CM/ECF participants:

    NONE

DATED: July 26, 2011

/s/ Dawn Krech
Dawn Krech, Legal Assistant
MADDOX & LAFFOON, P.S.
mcdkrech@comcast.net

AGREED ORDER RE EAJA FEES - Page 3
[C11-05103-BHS-JRC]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276